**VICTOR S. HALTOM**
A Professional Corporation
State Bar No. 155157
428 J Street, Suite 350
Sacramento, CA 95814
Telephone: (916) 444-8663
Facsimile: (916) 444-1546
e-mail: vshjah@aol.com

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,  Plaintiff,  v.  JUAN PABLO VELAZQUEZ,  Defendant. _____ | No. 2:04-cr-00388-MCE  **ORDER EXONERATING BOND** |

The defendant has been sentenced and is currently serving his time.

IT IS HEREBY ORDERED that the bond for the above defendant is exonerated, and the real property posted be reconveyed.

Dated: September 12, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE