UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,                No. 2:04-cr-00388 MCE-6

      Plaintiff,

  v.                                       **ORDER**

JUAN PABLO VELAZQUEZ,

      Defendant.

----oo0oo----

The Court is in receipt of Defendant Juan Pablo-Velazquez's Request for an Emergency Interruption of Sentence (ECF No. 304). District Courts simply do not have the power to "suspend the imposition of a sentence." United States v. Murillo, 548 F.3d 1256, 1257 (9th Cir. 2008). Under United States Code, the Bureau of Prisons alone has authority to determine whether a prisoner may be released under such circumstances. See 18 U.S.C. § 3622. Therefore, Defendant's request (ECF No. 304) is DENIED.

    IT IS SO ORDERED.

DATE:  April 1, 2011

 

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE